**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

VINCENT DANIEL HOPPER,

          Plaintiff,

v.

MARVEL L. MORRISON, et al.,

          Defendant.

**Case No.** C06-5058 FDB JKA

**ORDER GRANTING MOTION
TO STAY DISCOVERY**

THIS MATTER comes before the court on Motion to Stay Discovery filed by defendants Compass Group USA/Canteen Corporation Services Corporation, Morrison, Wilson, and Shine. (Doc #30). The court has considered all materials filed in support of and in response to said motion as well as the files and records herein.

Defendants seek stay of discovery alleging that (1) there is an immediate and clear possibility that the defendants will prevail on a pending Motion to Dismiss; (2) no discovery is needed for the Court to rule on the moving parties pending motion to dismiss; and (3) allowing discovery would only serve to impose an unjust burden and expense upon the moving defendants and delay the inevitable dismissal of the plaintiff's claim against them. It is also alleged that the discovery sought by the plaintiff is "particularly egregious." There is no specific motion to limit discovery or objections to discovery before the court at this time.

Moving defendants' motion to dismiss (Doc #25) is currently noted for July 14, 2006. It is primarily premised on lack of jurisdiction and failure to state a valid claim. It does not appear to the court that further discovery would be relevant to consideration of the motion to dismiss, and that the motion to stay should be granted. In the event the Motion to Dismiss is denied the issue of "egregiousness" can be raised at a later date.

ORDER
Page - 1

1  If the Motion to Dismiss is granted the issue of "egregiousness" becomes moot.

2  **Moving defendants motion to stay discovery (Dox #30) is granted pending the court's ruling on**
3  **the pending Motion to Dismiss (Doc # 25).**

4

5                                                                June 19, 2006

6
                                                                  /s/ J. Kelley Arnold
7                                                                 J. Kelley Arnold
                                                                  United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2